835 ✓

24TH JUDICIAL DISTRICT COURT FOR PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: 845-031  DIVISION: "C"

SUNBELT INNOVATIVE PLASTICS, LLC and
OPTI-COM MANUFACTURING NETWORK, LLC

VERSUS

CERTAIN UNDERWRITERS AT LLOYDS, LONDON,
INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY,
STEADFAST INSURANCE COMPANY, UNITED SPECIALTY INSURANCE COMPANY,
GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,
LEXINGTON INSURANCE COMPANY, SAFETY SPECIALTY INSURANCE COMPANY,
HDI GLOBAL SPECIALTY SE, and OLD REPUBLIC UNION INSURANCE COMPANY

FILED: _____        _____
                                       DEPUTY CLERK

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **Sunbelt Innovative Plastics, LLC** ["Sunbelt"], a Louisiana limited liability company authorized to do and doing business in State of Louisiana, Parish of Jefferson, and **Opti-Com Manufacturing Network, LLC d/b/a Omni** ["Omni"], a Louisiana limited liability company authorized to do and doing business in State of Louisiana, Parish of Jefferson who respectfully aver as follows:

I.

Made Defendants herein are:

    a. CERTAIN UNDERWRITERS AT LLOYDS, LONDON, a foreign insurer, domiciled in the State of New York, and authorized to do and doing business within the State of Louisiana;

    b. INDIAN HARBOR INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana;

    c. QBE SPECIALTY INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana;

    d. STEADFAST INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana;

    e. GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, a foreign insurer authorized to do and doing business within the State of Louisiana;

    f. UNITED SPECIALTY INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana;

    g. LEXINGTON INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana;

    h. SAFETY SPECIALTY INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana;

1



i. HDI GLOBAL SPECIALTY SE, a foreign insurer authorized to do and doing business within the State of Louisiana; and

j. OLD REPUBLIC UNION INSURANCE COMPANY, a foreign insurer authorized to do and doing business within the State of Louisiana.

[collectively, referred to as the "Insurance Companies"]

**VENUE**

II.

Venue is proper in this case proper pursuant to Louisiana Code of Civil Procedure articles 43 and 76 because Sunbelt and Omni are domiciled in the Parish of Jefferson, State of Louisiana.

III.

The Insurance Companies are liable to Sunbelt and Omni for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings for the following reasons to wit:

IV.

Sunbelt is the owner of immovable property located at 60051 Camp Villere Road, Slidell, Louisiana [the "Sunbelt Property"].

V.

Omni is the owner of immovable property located at 259 Plauche Street, Harahan, Louisiana [the "Omni Property"].

VI.

Sunbelt and Omni are manufactures and distributors of polyvinyl chloride product associated with the telecommunications industry.

VII.

At all material times hereto, Sunbelt and Omni had in full force and effect a commercial property insurance with the Insurance Companies. Sunbelt and Omni purchased from the Insurance Companies commercial property insurance policies for the term October 27, 2020 through October 27, 2021 the following Commercial Property Policies:

    a. Certain Underwriters at Lloyds, London bearing policy no. AMR-71794,

    b. Indian Harbor Insurance Company bearing policy no. AMP7538964-00,

    c. QBE Specialty Insurance Company bearing policy no. MSP-30538,

    d. Steadfast Insurance Company, bearing policy no. CPP1686633-00,



2

e. General Security Indemnity Company of Arizona bearing policy no. 10T029659-14354-20-00,

f. United Specialty Insurance Company bearing policy no. USI-27592-00,

g. Lexington Insurance Company bearing policy no. LEX-014300044-00,

h. Safety Specialty Insurance Company bearing policy no. SSI-18837-00,

i. HDI Global Specialty SE bearing policy no. HAN-25045-00, and

j. Old Republic Union Insurance Company bearing policy no. ORAMPR009489-00.

[collectively, referred to as the "Policy"]

V.

On August 29, 2021, Hurricane Ida made landfall in the State of Louisiana and caused extensive damage to both the Sunbelt Property and Omni Property and thereby causing substantial disruptions and delays in Sunbelt and Omni's manufacturing and distribution operations at the Property.

VIII.

The property damage and lost business income resulting from the property damage caused by Hurricane Ida are covered under the Policy.

IX.

Sunbelt promptly notified the Insurance Companies of the damages to the Property and lost business income.

X.

The Insurance Companies appointed Sedgwick Delegated Authority and Lowers Forensics International to administer Sunbelt and Omni's claims [the "Claims Administrators"].

XI.

On December 6, 2021, Sunbelt and Omni provided the Claims Administrators detailed statements of profit and loss.

XII.

On December 28, 2021, the Claims Administrators provided Sunbelt with a detailed and extensive list of additional documents and information need to adjust the business interruption component of the claims.



3

08/28/2023 14:07:03 CERTIFIED TRUE COPY - Pg:3 of 8 - Jefferson Parish Clerk of Court - ID:23120165

24th E-Filed: 08/21/2023 11:42 Case: 845031 Div:C Atty:036864 WILL C GRIFFIN

### XIII.

On or about June 21, 2022, Sunbelt and Omni provided the Claims Administrators with a detailed response to their request. The breadth of information requested was burdensome and time-consuming, as evidenced by the amount of time to provide a response.

### XIV.

After receiving this information, the Claims Administrators responded with additional and burdensome requests for information, of which Sunbelt and Omni complied by providing even more extensive information to the Claims Administrators.

### XV.

Despite receiving documentation and a calculation of the claims from Sunbelt and Omni, receiving responses to numerous and burdensome follow-up requests, and telephone discussions, the Insurance Companies still have not provided Sunbelt and Omni with its calculation of the business interruption component of the claims or any payment therefor.

### XVI.

Sunbelt and Omni complied with all of its obligations under the Policy.

### XVII.

The Insurance Companies have breached their obligations under the Policy.

### XVIII.

The Insurance Companies engaged in bad faith conduct in violation La. R.S. § 22:1892 and § 22:1973.

### XIX.

La. R.S. § 22:1892 and § 22:1973 govern the duties of an insurer after the insured submits a claim. An insurer must pay the "amount of any claim due any insured within thirty days after receipt of satisfactory proofs of loss from the insured…" La. R.S. § 22:1892(A)(1).

### XX.

"The insurer has an affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured or the claimant, or both." La. R.S. § 22:1973(A).

### XXI.

The Insurance Companies obtained satisfactory proofs of loss of Sunbelt and Omni's business interruption claims no later than June of 2022, when it received the detailed report from Sunbelt and Omni. The Insurance Companies failed to remit payment within thirty (30) days of

24th E-Filed: 08/21/2023 11:42 Case: 845031 Div:C Atty:036864 WILL C GRIFFIN



4

08/28/2023 14:07:03 CERTIFIED TRUE COPY - Pg:4 of 8 - Jefferson Parish Clerk of Court - ID:23120165

JON A. GEGENHEIMER

that time. This failure to pay is arbitrary, capricious and/or without probable cause, in violation of La. R.S. § 22:1892.

### XXII.

The Insurance Companies failed to initiate their adjustment and investigation timely, unfairly prolonged the investigation and adjustment process, unfairly adjusted the claims, and failed to pay Sunbelt and Omni's claims or pay claims timely.

### XXIII.

Sunbelt and Omni are entitled to amounts owed under the Policy for damages caused by the interruption of its business resulting from the property damage caused by Hurricane Ida and the Insurance Companies delayed adjustment.

### XXIV.

In the event the Insurance Companies are found to be arbitrary and capricious in failing to timely adjust Sunbelt and Omni's claims and/or timely pay amounts owed under the Policy after receipt of satisfactory proof of loss, then Sunbelt and Omni are entitled to recover from the Insurance Companies, under La. R.S. § 22:1892 and La. R.S. § 22:1793, damages, penalties, attorney's fees, and/or any other relief provided for therein.

**WHEREFORE**, Plaintiffs, Sunbelt Innovative Plastics, LLC and Opti-Com Manufacturing Network, LLC, pray that their Petition be deemed good and sufficient, and after due proceedings, there be judgment herein in favor of Plaintiffs and against Defendants for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for penalties, attorney's fees, and for all costs of these proceedings.

Respectfully submitted,
GRIFFIN & BIVALACQUA, LLC

*/s/ Will C. Griffin*
**SALVADOR I. BIVALACQUA (#26803)**
**WILL C. GRIFFIN (#36864)**
**CODY C. LOGGINS (#35513)**
650 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504) 648-1858
Facsimile: (504) 561-0559
Email: sib@gb-lawfirm.com
Email: wcg@gb-lawfirm.com
*Attorneys for Sunbelt Innovative Plastics, LLC and Opti-Com Manufacturing Network, LLC*

[SERVICE INSTRUCTIONS ON FOLLOWING PAGE]



**PLEASE SERVE**
CERTAIN UNDERWRITERS AT LLOYDS, LONDON
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

INDIAN HARBOR INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

QBE SPECIALTY INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

STEADFAST INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

UNITED SPECIALTY INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

LEXINGTON INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

SAFETY SPECIALTY INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

HDI GLOBAL SPECIALTY SE
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

Rec'd via mail 8/24/23
SOS - 500.00 CK# 4994
EBRS - 404.40 CK# 4995
SMF - 6250 CK# 4996

24th E-Filed: 08/21/2023 11:42 Case: 845031 Div:C Atty:036864 WILL C GRIFFIN


08/28/2023 14:07:03 CERTIFIED TRUE COPY - Pg:6 of 8 - Jefferson Parish Clerk of Court - ID:23120165

OLD REPUBLIC UNION INSURANCE COMPANY
*Through the Louisiana Secretary of State*
Legal Services Section
8585 Archives Avenue
Baton Rouge, Louisiana 70809

24th E-Filed: 08/21/2023 11:42 Case: 845031 Div:C Atty:036864 WILL C GRIFFIN



7

08/28/2023 14:07:03 CERTIFIED TRUE COPY - Pg:7 of 8 - Jefferson Parish Clerk of Court - ID:23120165

JON A. GEGENHEIMER